**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| In re:<br><br>CARDIOVASCULAR MEDICAL SPECIALISTS, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 19-90691-AKM-7 |

**NOTICE OF TRUSTEE'S MOTION TO REJECT SELF-STORAGE AGREEMENT WITH WORK-A-HAULIX, LLC EFFECTIVE *NUNC PRO TUNC* AS OF MAY 1, 2019**

On June 20, 2019, Kathryn L. Pry, the chapter 7 trustee in this case (the "Trustee"), filed the *Trustee's Motion to Reject Self-Storage Agreement with Work-A-Haulix, LLC Effective Nunc Pro Tunc as of May 1, 2019* (the "Motion")[1] [Doc 50]. The Motion requests entry of an order (a) authorizing the Trustee to reject the Self-Storage Agreement, effective *nunc pro tunc* as of May 1, 2019, (b) directing that any and all deposits or other funds the bankruptcy estate may be entitled to are not abandoned as a result of the rejection of the Self-Storage Agreement, and (c) abandoning from the bankruptcy estate all known personal property remaining in the Debtor's storage unit maintained with Work-A-Haulix, effective as of May 1, 2019.

**NOTICE:  Your rights may be affected.  This notice and the Motion should be discussed with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.  Copies of the Motion may be obtained by contacting the undersigned.**

If you do not want the Court to enter an order affecting the Self-Storage Agreement or the abandonment of the personal property, or if you want the Court to consider you views on the Motion, then on or before **July 5, 2019** (**14 days** from the date of service), you or your attorney must file with the Court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

If you mail your object to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must also send a copy of your object to Trustee's counsel, Meredith R. Theisen Esq., Rubin & Levin, 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204.

If you or your attorney do not take these steps, the Court may decide that you do not oppose an order affecting the Self-Storage Agreement or the abandonment of the personal property.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Motion.

2

                                                Respectfully submitted,

                                                RUBIN & LEVIN, P.C.

Dated:  June 20, 2019                     */s/ Meredith R. Theisen*
                                                    Meredith R. Theisen

                                              Deborah J. Caruso, Esq.
                                              Meredith R. Theisen, Esq.
                                              135 N. Pennsylvania Street, Suite 1400
                                              Indianapolis, IN 46204
                                              Telephone:  (317) 634-0300
                                              Facsimile:  (317) 453-8602
                                              Email: dcaruso@rubin-levin.net
                                                              mtheisen@rubin-levin.net

                                              *Counsel for Kathryn L. Pry,   Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, a copy of the foregoing *Notice of Trustee's Motion to Reject Self-Storage Agreement with Work-A-Haulix, LLC Effective Nunc Pro Tunc as of May 1, 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Neil C. Bordy    bordy@derbycitylaw.com, swann@derbycitylaw.com;Larson@derbycitylaw.com;harbison@derbycitylaw.com;haddad@derbycitylaw.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
William P. Harbison    harbison@derbycitylaw.com, swann@derbycitylaw.com;riser@derbycitylaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov;melanie.crouch@usdoj.gov
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Kathryn L. Pry    kpry.trustee@att.net, IN36@ecfcbis.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on June 20, 2019, a copy of the foregoing *Notice of Trustee's Motion to Reject Self-Storage Agreement with Work-A-Haulix, LLC Effective Nunc Pro Tunc as of May 1, 2019* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | | |
|---|---|---|
| Work-A-Haulix, LLC<br>Richard L. Foley, Registered Agent<br>4100 Eastmoor Road<br>Louisville, KY 40218 | A Plus Paper Shredding<br>4001 S. Brook Street<br>Louisville, KY 40214 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197 |
| Answer One, Inc.<br>3321 Winchester Road<br>Lexington, KY 40509 | Antaeus, LLC<br>c/o Dr. Mohana Arla<br>170 Dr. Arla Way<br>Louisville, KY 40229 | Baptist Health Floyd<br>Attn: Pam Adkins<br>1850 State Street<br>New Albany, IN 47150 |
| Baptist Health-Louisville<br>4000 Kresge Way<br>Louisville, KY 40207 | Baptist Healthcare System, Inc.<br>1919 State Street, Suite 360<br>New Albany, IN 47150 | Bluegrass Bio-Medical<br>363 S. 4th Street<br>P.O. Box 296<br>Danville, KY 40423 |
| Bluegrass Net<br>321 E. Breckinridge Street<br>Louisville, KY 40203 | CT Corporation<br>111 8th Avenue, 13th Floor<br>New York, NY 10011 | Carolyn Mingione<br>3398 W. State Road 56<br>Hanover, IN 47243 |

| | | |
|---|---|---|
| Complete Family Care Practitioners, LLC<br>1065 Old Ekron Road<br>Brandenburg, KY 40108 | Corydon Medical Office Bldg. Partners<br>313 Federal Drive NW<br>Suite 150<br>Corydon, IN 47112 | Dean Dorton Healthcare Solutions<br>106 W. Vine Street<br>Lexington, KY 40507 |
| Docu-Confidential, LLC<br>4100 Eastmoor Road<br>Louisville, KY 40218 | Duplicator Sales & Service, Inc.<br>831 E. Broadway<br>Louisville, KY 40204 | FP Mailing Solutions<br>140 N. Mitchell Court<br>Suite 200<br>Addison, IL 60101 |
| GE Healthcare<br>3000 N. Grandview Blvd.<br>Waukesha, WI 53188 | HCP Springs MOB Louisville<br>3000 Meridian Blvd., Ste 200<br>Franklin, TN 37067 | Healthcare Equipment Finance<br>12854 Kenan Drive, Ste 201<br>Jacksonville, FL 32258 |
| IPC Louisville Properties WMRBNA Fund III LLC<br>100 Mallard Creek Road<br>Suite 150<br>Louisville, KY 40207 | Impact Telecom LLC<br>102 Brookwood Road<br>Atmore, AL 36502 | Iroquois Medical Center, PSC<br>5601 S. Third Street<br>Suite 100<br>Louisville, KY 40214 |
| Jewish Hospital & S.M.H.<br>225 Abraham Flexner Way<br>Suite 503<br>Louisville, KY 40202 | Med One Capital Funding LLC<br>10712 S. 1300 East<br>Sandy, UT 84094 | Metronet<br>3701 Communications Way<br>Evansville, IN 47715 |
| Monroe County Medical Center<br>476 Capp Harlan Road<br>Tompkinsville, KY 42167 | Mountain Valley Spring Water<br>615 Walnut Street<br>Jeffersonville, IN 47130 | Perception Plus<br>1926 Meadowcreek Drive<br>Louisville, KY 40218 |
| Phillips Medical Center LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956 | Rialto Holdings, LLC<br>c/o Lennar Corporation<br>700 NW 107 Avenue<br>Miami, FL 33172 |
| Sam Meyers Formal Wear, Inc.<br>3400 Bashford Avenue Ct.<br>Louisville, KY 40218 | Snelling Employment LLC<br>2360 Campbell Creek Blvd.<br>Suite 550<br>Richardson, TX 75082 | Southend Answering Service MCM, LLC<br>8601 W. Manslick Road<br>Louisville, KY 40272 |
| Stacey Robey<br>1423 McTavish Drive<br>Clarksville, IN 47129 | Staples Business Advantage<br>P.O. Box 660409<br>Dallas, TX 75266 | Stericycle, Inc.<br>4010 Commercial Avenue<br>Northbrook, IL 60062 |
| Time Warner Cable<br>P.O. Box 1060<br>Carol Stream, IL 60132 | Tony L. Hogan<br>511 N. Race Street<br>Glasgow, KY 42141 | Total Office Products & Service<br>3326 Kramers Lane<br>Louisville, KY 40216 |

| | | |
|---|---|---|
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | Vectren Energy Delivery<br>P.O. Box 209<br>Evansville, IN 47702 | Western Institutional Review Board, Inc.<br>1019 39th Avenue SE, Ste 120<br>Puyallup, WA 98374 |
| Windstream Communications<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | | |

*/s/ Meredith R. Theisen*
Meredith R. Theisen

5